**Order filed July 12, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00373-CV
_____

**DONALD EDMONDSON, Appellant**

**V.**

**LEE BONETTO, Appellee**

**On Appeal from the County Court at Law No. 1**
**Bell County, Texas**
**Trial Court Cause No. 87,275**

## O R D E R

Appellant's brief was due June 8, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 31, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM